UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re AIR CRASH NEAR PEIXOTO De
AZEVEDA, BRAZIL on September 29, 2006

JUDGMENT
07-MD-1844 (BMC) (JO)

-----------------------------------------------------------X

A Decision and Order of Honorable Brian M..Cogan, United States District Judge, having been filed on July 2, 2008, granting in part and denying in part Honeywell's motion to strike, denying the defendants' motion for a stay of discovery, and granting the defendants' motion to dismiss based on forum non conveniens; it is

ORDERED and ADJUDGED that Honeywell's motion to strike is granted in part and denied in part, and defendants' motion for a stay of discovery is denied, and that the defendants' motion to dismiss based on forum non conveniens is granted..

Dated: Brooklyn, New York
July 3, 2008

ROBERT C. HEINEMANN
Clerk of Court

By Terry Vaughn
Chief Deputy